**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLIED MOTORS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SEASHELL, INC., <br><br> Defendant. | 2:09-CV-275 JCM (RJJ) |

**ORDER**

Presently before the court is the case of *Allied Motors, LLC v. Seasell, Inc.* (2:09-cv-000275-JCM-RJJ).

On April 5, 2010, pursuant to Local Rule 41-1, the clerk of the court informed plaintiff that, if no action was taken in this case within thirty (30) days, the court would dismiss the case for want of prosecution. To date, plaintiff has not taken any further action. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Allied Motors, LLC v. Seasell, Inc.* (2:09-cv-000275-JCM-RJJ) be, and the same hereby is, DISMISSED.

DATED July 28, 2010.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**